IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        No. 2:16-CR-20008-003

ESMERELDA ALBA                                                                        DEFENDANT

## ORDER

Currently before the Court is the Government's motion to dismiss the pending indictment as to Defendant Esmerelda Alba (Doc. 122) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Upon due consideration, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss the superseding indictment as to Defendant Esmerelda Alba (Doc. 122) is GRANTED. The superseding indictment filed in the instant matter on October 5, 2016, is hereby DISMISSED WITHOUT PREJUDICE as to Defendant Esmerelda Alba.

IT IS SO ORDERED this 12th day of December, 2016.

*/s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE